IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HARVEY L. JACKSON,          )
                             )
        Plaintiff,          )
                             )
v.                          )    CIVIL ACTION NO.  2:05cv57-T
                             )
DR. MILLARD McWHORTER, *et al.*,   )
                             )
        Defendants.     )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed.

DONE, this the 3rd day of August,  2005.


                           /s/ Myron H. Thompson     
                        UNITED STATES DISTRICT JUDGE